**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

STRIKE 3 HOLDINGS, LLC,

    Plaintiff,

v.                                                                   Case No.   3:19-cv-508-J-34JRK

JOHN DOE, subscriber assigned IP
address 98.231.74.245,

    Defendant.

## O R D E R   O F   D I S M I S S A L

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice of John Doe (Dkt. No. 29; Notice) filed on July 21, 2020.  In the Notice, Plaintiff requests dismissal of this matter with prejudice.  <u>See</u> Notice at 1.  Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment.  Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby

    **ORDERED:**

    1.    This case is **DISMISSED with prejudice**.

    2.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 21st day of July, 2020.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record